# EXHIBIT N

**From:** Media Inquiry <mediainquiry@mypillow.com>
**To:** Brannon Howse <Brannon@worldviewweekend.com>
**Subject:** Fwd: Request for an interview
**Date:** Wed, 4 Aug 2021 00:34:21 +0000
**Importance:** Normal

---

This is our Italy contact and Mike would like them to have the live feed to steam in Italy.

Thanks!
Katelyn

Sent from my iPhone

Begin forwarded message:

**From:** Simone Mariam <simonmariam18@gmail.com>
**Date:** July 29, 2021 at 2:05:37 AM CDT
**To:** Media Inquiry <mediainquiry@mypillow.com>
**Subject: Re: Request for an interview**

Hi Katelyn

we are ready. When you have more information, just let us know.

Best
Simone

Il giorno lun 26 lug 2021 alle ore 17:32 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
> Hello Simone,
>
> Mr. Lindell said we'll have mele information for you this week on how you can tie in/use our video feed to broadcast the symposium on your channels.
>
> Thank you!
> Katelyn
>
> Sent from my iPhone
>
>
>> On Jul 25, 2021, at 8:34 AM, Simone Mariam <simonmariam18@gmail.com> wrote:
>>
>>
>> Hi there,
>>
>> how are you?
>>
>> We share Mike Lindell's interview with two big Channels.

DEF006942.000001

https://www.youtube.com/watch?v=XS_OSBaI7ig&t=1s

https://www.youtube.com/watch?v=Z0P10AitDKU&t=6s

I want to let you know that we are fully available to broadcast here in Italy the Symposium.

How would you like to proceed?

Thank you very much

Have a great day

Best
Simone

Il giorno ven 2 lug 2021 alle ore 15:28 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
> Thank you Simone, much appreciated!
>
> Sent from my iPhone
>
>
> On Jul 2, 2021, at 5:58 AM, Simone Mariam <simonmariam18@gmail.com> wrote:
>
>
> Hi there,
>
> we have just published the interview:
>
> https://www.mittdolcino.com/2021/07/02/la-nostra-intervista-a-mike-lindell-amministratore-delegato-di-mypillow-donald-trump-ritornera-alla-casa-bianca-non-piu-tardi-di-settembre/
>
> Thank you very much for everything.
>
> It was a pleasure talking to Mike Lindell. He is a great person.
>
> Anything you need, we are here. Count on us.
>
> Have a great day
>
> Simone
>
> Il giorno mer 30 giu 2021 alle ore 20:58 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
> > I do apologize but Mike will be a couple minutes late.
> >
> > Katelyn
> > 612-272-7188

Sent from my iPhone

On Jun 30, 2021, at 10:43 AM, Media Inquiry <mediainquiry@mypillow.com> wrote:

Morning,

Title: CEO of MyPillow, Mike Lindell

Blessings,
KG

Sent from my iPad

On Jun 30, 2021, at 10:23 AM, Simone Mariam <simonmariam18@gmail.com> wrote:

Hi,

how do you want me to introduce Mr Lindell?

Respectfully
Simone

Il mar 29 giu 2021, 21:48 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
> Received.
>
> Please let me know if you need anything else from our end.
>
> Blessings,
> KG
>
> Sent from my iPhone
>
>> On Jun 29, 2021, at 2:43 PM, Simone Mariam <simonmariam18@gmail.com> wrote:
>>
>> Hi
>>
>> here you have the link for our interview, tomorrow.
>>
>> 9 PM in Italy is 2 PM CT.
>>
>> Simone Mariam is inviting you to a scheduled Zoom meeting.
>>
>> Topic: Interview with Mr Lindell
>> Time: Jun 30, 2021 09:00 PM Rome
>>
>> Join Zoom Meeting

https://us02web.zoom.us/j/83470931561?pwd=NG0wN3NnS0haMFJ3V2Q4clpyaWRRQT09

Meeting ID: 834 7093 1561
Passcode: 310399
One tap mobile
+13017158592,,83470931561#,,,,*310399# US (Washington DC)
+13126266799,,83470931561#,,,,*310399# US (Chicago)

Dial by your location
       +1 301 715 8592 US (Washington DC)
       +1 312 626 6799 US (Chicago)
       +1 346 248 7799 US (Houston)
       +1 669 900 6833 US (San Jose)
       +1 929 205 6099 US (New York)
       +1 253 215 8782 US (Tacoma)
Meeting ID: 834 7093 1561
Passcode: 310399
Find your local number: https://us02web.zoom.us/u/kbJm7yOKRJ

Thank you very much

Respectfully
Simone


Il giorno mar 29 giu 2021 alle ore 21:22 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
> Thank you for your assistance!
>
> Blessings,
> KG
>
> Sent from my iPhone
>
>
> On Jun 29, 2021, at 1:39 PM, Simone Mariam <simonmariam18@gmail.com> wrote:
>
>
> We do use Zoom.
>
> I will create a Zoom room and I will send it to you by the evening.
>
> Respectfully
> Simone
>
> Il giorno mar 29 giu 2021 alle ore 20:26 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
>> That's perfect! What do you use, Skype/Zoom/Streamyard or something different?
>>
>> Blessings,
>> KG
>>
>> Sent from my iPhone

On Jun 29, 2021, at 1:21 PM, Simone Mariam <simonmariam18@gmail.com> wrote:

Hi there,

fine for us.

Marco, the founder of the blog, would like to meet Mr Lindell, just before the interview. He would like to explain to him our communication project. We are creating an international think tank (US, UK, Italian experts - many of the people we have interviewed are now actively collaborating with us) in order to contrast the abuse of power we are all experiencing. We are Italian patriots. We love our country and our families. We think Italy and the US in particular have a special relationship. We are historical friends. We want to build a bridge between our countries. We want to rebuild that trust that Trump was trying to reconstruct between our beloved nations.

The meeting with Marco will be very short. It won't take more than ten minutes. So the interview, if it's fine with you, will start at 2.10 PM, instead of 2.00 PM CT.

To sum it up:

2.00 PM CT: brief meeting with Marco, Simone (that's me) and Mr Lindell
2.10 PM CT: interview (15-20 minutes long)

How does it sound to you?

Thank you very much

Respectfully
Simone

Il giorno mar 29 giu 2021 alle ore 19:32 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
> Simone,
>
> I apologize I realize my email never sent!
>
> This time and date is great for us if you're still able to accommodate.
>
> Blessings,
> KG
> 612-272-7188
>
>
> Sent from my iPhone
>
>
> On Jun 24, 2021, at 6:48 AM, Simone Mariam <simonmariam18@gmail.com> wrote:

Hi,

we can schedule the interview for the 30th of June at 2 PM CT, that is 9 PM Italian time.

We will record the interview and then we will publish it.

We will then publish the interview on the 2nd of July at 11 AM Italian time.

When we publish it, we will send you the link.

Would this work for you?

Respectfully
Simone


Il giorno gio 24 giu 2021 alle ore 13:16 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
> Good Morning,
>
> What dates/time do you have available to schedule this with Mr. Lindell?
>
> To make sure I understand, this would have to be scheduled for 4am CT?
>
> Blessings,
> KG
>
> Sent from my iPhone
>
>
> On Jun 17, 2021, at 10:10 AM, Simone Mariam <simonmariam18@gmail.com> wrote:
>
>
> Hi there,
>
> the interview will be hosted on the blog MittDolcino (https://www.mittdolcino.com/), our YouTube and Rumble Channels.
>
> We make an average of 3 million visits per month.
>
> An interview with Mr Mike Lindell will have a huge impact first on our public and consequently on the Italian public.
>
> Mr Mike Lindell is well respected in Italy.
>
> Since 2010, MittDolcino (as a writer) has written extensively on another Italian blog Scenari Economici, which was the think tank of the Northern League. Then he quit with Scenari Economici and in 2018 he started his own blog (MittDolcino).

MittDolcino's blog has a very remarkable reputation in Italy for his integrity and his capability of understanding and analyzing current events. During all these years MittDolcino formed a team of experts. We are a group of people: bank directors, top managers from top societies, engineers, journalists. We are all free citizens. Our mission is to offer an alternative to people. Mainstream media are so hypocritical. We want to give objective information to Italian people.

We supported President Trump from the very beginning and we are very aware of the huge falsification that took place on the US Elections.
This is why we followed the post-election events and we extensively reported it on our blog.

Here a list of our most important interview:

Journalists:
Joe Hoft American journalist from the Gateway Pundit
Pepe Escobar Brazilian journalist and political analyst from the AsianTimes, Strategic Culture
Alex Hadfield UK journalist from the National File
Tom Luongo American blogger from Gold Goats n Gun
Nick Davis British former Guardian reporter
Patrick Wood American blogger from Technocracy
Leo Hohmann American independent blogger
Toby Young British former Vanity Fair writer
Andrew Korybko American journalist from OneWorld

Politicians:
Sir John Redwood Member of the British Parliament
Gianluigi Paragone Senatore della Repubblica Italiana

Writer:
Rupert Allason alias Nigel West former Member of the British Parliament and author specialising in security, intelligence, secret service and espionage issues.

Professors:
Glenn Loury former Harvard Professor, now at Brown University
Francis Boyle human rights lawyer and Professor of international law at the University of Illinois College of Law
Norman Fenton British mathematician who is currently Professor of Risk Information Management at Queen Mary University of London
Alexander Dugin Russian political analyst, philosopher and author of more than 30 books
Olavo de Carvalho Brazilian philosopher
David Paton Professor of Industrial Economics at Nottingham University Business School
Alain de Benoist French philosopher

Doctors:
Peter McCullough internist, cardiologist, epidemiologist, and Professor of Medicine at Texas A & M College of Medicine, Dallas, TX
Giulio Tarro Researcher and virologist

Comic

Konstantin Kisin co-host of Triggernometry and standing up comedian

The interview will be a video interview, which will be published on our blog and on our YouTube and Rumble Channel. It should be around 20-25 minutes.

We would like to talk about Election Fraud and Mr Lindell work on that matter, Mr Lindell social network and the current political situation in the US. If you like, we can send you the questions in advance.

We usually publish our interviews at 11 AM Rome time, which is 5 AM in Washington.

I hope I have given you all the information you need.

If you have any other questions, you can contact me any time.

Thank you very much

Respectfully
Simone Mariam


Il giorno gio 17 giu 2021 alle ore 14:59 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
> Good Morning,
>
> Before I'm able to look into Mikes calendar, please send more information such as: The name of the show, reach (estimated number of people who watch/listen), previous guests, how long the shows been on air, length of interview, audio or video, topics, and open dates/times with the time zone.
>
> Blessings,
> KG
>
> Sent from my iPhone
>
>
>> On Jun 15, 2021, at 4:29 AM, Simone Mariam <simonmariam18@gmail.com> wrote:
>>
>>
>> Hi there,
>>
>> we talked together almost a month ago. I would like to know if Mr Lindell is available for an interview with the Italian blog MittDolcino.
>>
>> As you know Mr Lindell is very well known and respected in Italy.
>>
>> Our public would be very glad to be able to hear his point of view on the US situation.
>>
>> Italian media are just lying and covering up the real truth about the US Elections. Mr Lindell is honest and humble. We need his voice.

Italy and the US are historical friends. The relation between our countries is very profound.

Many thanks

Respectfully
Simone Mariam


Il giorno lun 24 mag 2021 alle ore 16:42 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
> You're free to reach out again in a month or so, we can't guarantee he'd be available as Mike's schedule is always changing.
>
> Many Blessings,
> KG
>
> Sent from my iPad
>
>
> On May 24, 2021, at 9:23 AM, Simone Mariam <simonmariam18@gmail.com> wrote:
>
>
> Thank you very much for your quick response.
>
> When do you think Mike would be available? Do you think in a month or so we can find him?
>
> It would be very important not just for me, but most of all for millions of Italians.
>
> What he is doing is just incredible.
>
> Respectfully
> Simone Mariam
>
> Il giorno lun 24 mag 2021 alle ore 16:16 Media Inquiry <mediainquiry@mypillow.com> ha scritto:
>> Hello,
>>
>> Thanks so much for reaching out! Unfortunately, Mike's schedule is incredibly busy right now, and we cannot commit to additional interviews at this time.
>>
>> Blessings,
>> KG
>>
>> Sent from my iPad

On May 23, 2021, at 4:46 PM, Simone Mariam <simonmariam18@gmail.com> wrote:


To the attention of Mr Mike Lindell

Hi Mike Lindell,

my name is Simone Mariam, I come from Italy and I work for the Italian blog MittDolcino (https://www.mittdolcino.com/).

I really appreciate everything you do. You are courageous and honest.

You are a knight of truth.

You don't have any fear of the system.

What you are doing with Dominion is incredible. Your perseverance is amazing. We could just learn from you. When everyone stopped believing, you kept trusting.

We, as a blog, supported Donald J. Trump from the very beginning. We reckon he is the only legitimate President of the US.

I would like to invite you for an interview. It would be a real privilege having a talk with you.

I would like you to hear your point of view. Your position could really matter in these obscure times we are living right now.

Many people in Italy supported Trump, many people trusted him. Italian people want to know the truth about the Election fraud. Many people in Italy don't recognise Biden as President.

My mission is to inform as many people as I can and bring to the public real professionals that can correctly explain what is going on right now.

I had the honor to interview many great professionals, including the journalists Joe Hoft, Tom Luongo, Leo Hohmann, Alex Newman, Pepe Escobar; the philosophers Alexander Dugin, Alain de Benoist, Olavo de Carvalho and Doctor Peter McCullough.

Few words about the blog: MittDolcino is very popular. Last year we made over 40 millions views, with an average of 10,000 access per day.

We are all free citizens. We write on this blog because we love our country, our families and our freedom.

Many thanks for your attention.

Regards,

Simone Mariam

Mail priva di virus. www.avast.com