# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>　　　　　Petitioners,<br><br>　vs.<br><br>BRANNON HOWSE,<br><br>　　　　　Respondent. | CASE NO. 2:23-mc-34<br><br>**SMARTMATIC'S DISCLOSURE STATEMENT**<br><br>Related to Action Pending in the U.S. District Court of the District of Minnesota, *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-WMW-JFD |

Pursuant to Federal Rule of Civil Procedure 7.1, Smartmatic[1] discloses the following:

- Smartmatic USA Corp. is owned 100% by Smartmatic International Holding B.V.;

- Smartmatic USA Corp. does not have 10% or more stock owned by a publicly held corporation;

- Smartmatic International Holding B.V. is owned 100% by SGO Corporation Limited;

- Smartmatic International Holding B.V. does not have 10% or more stock owned by a publicly held corporation;

---

[1] Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are collectively referred to as "Smartmatic."

- SGO Corporation Limited does not have a parent company; and

- SGO Corporation Limited does not have 10% or more stock owned by a publicly held corporation.

I certify that, except as disclosed, I am unaware of an actual or potential conflict on interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

*s/ Kal K. Shah*
KAL K. SHAH
Illinois ARDC No. 6275895
MICHAEL E. BLOOM (*pro hac vice* application forthcoming)
Illinois ARDC No. 6302422
JULIE M. LOFTUS (pro hac vice application forthcoming)
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Facsimile:  312.767.9192
Email: kshah@beneschlaw.com
        mbloom@beneschlaw.com
        jloftus@beneschlaw.com

JAMES R. BEDELL (*pro hac vice* application forthcoming)
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email: jbedell@beneschlaw.com

*Attorneys for Petitioners*

3