# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>  Petitioners,<br><br>vs.<br><br>BRANNON HOWSE,<br><br>  Respondent. | CASE NO. 2:23-MC-00034<br><br>JUDGE MARK S. NORRIS<br><br>MAGISTRATE JUDGE ANNIE T. CHRISTOFF<br><br>**L.R. 7.2(A)(1)(B) CERTIFICATE**<br><br>Related to Action Pending in the U.S. District Court of the District of Minnesota, *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-WMW-JFD |

I, James R. Bedell, counsel for Smartmatic[1] hereby affirm that I reached out to Aubrey B. Greer, counsel for Respondent Brannon Howse, on October 19, 2023 via email regarding Smartmatic's Motion for Leave to File Reply Brief. Mr. Greer indicated that Mr. Howse does not oppose Smartmatic's motion.

Dated: October 23, 2023              Respectfully submitted,

---

[1] Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are collectively referred to as "Smartmatic."

*s/ James R. Bedell*
KAL K. SHAH
Illinois ARDC No. 6275895
MICHAEL E. BLOOM (admitted *pro hac vice*)
Illinois ARDC No. 6302422
JULIE M. LOFTUS (admitted *pro hac vice*)
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Facsimile:  312.767.9192
Email:  kshah@beneschlaw.com
            mbloom@beneschlaw.com
            jloftus@beneschlaw.com

JAMES R. BEDELL (admitted *pro hac vice*)
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  jbedell@beneschlaw.com

*Attorneys for Petitioners*