# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>        Petitioners,<br><br>  vs.<br><br>BRANNON HOWSE,<br><br>        Respondent. | CASE NO. 2:23-MC-00034<br><br>JUDGE MARK S. NORRIS<br><br>MAGISTRATE JUDGE ANNIE T. CHRISTOFF<br><br>**DECLARATION OF JAMES R. BEDELL**<br><br>Related to Action Pending in the U.S. District Court of the District of Minnesota, *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-WMW-JFD |

I, James R. Bedell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Petitioners Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned dispute.

3. On October 20, 2023, I caused a check in the amount of $47.27 to the order of Brannon Howse to be mailed to the office of Mr. Howse's attorney, Aubrey Greer. The check was sent via FedEx overnight mail.

4. The amount of the check reflects the statutory $40 witness attendance fee and a calculation of Mr. Howse's reasonable "mileage" expense. *See* Fed. R. Civ. P. 45(b)(1).

5.     The check was delivered to Mr. Greer's office on October 23, 2023, at 8:24 am, and it was signed by a "P. Ryor."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 30, 2023          James R. Bedell