# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED, <br><br> Petitioners, <br><br> vs. <br><br> BRANNON HOWSE, <br><br> Respondent. | CASE NO. 2:23-MC-00034 <br><br> JUDGE MARK S. NORRIS <br><br> MAGISTRATE JUDGE ANNIE T. CHRISTOFF <br><br> **MOTION FOR WITHDRAWAL OF APPEARANCE OF ATTORNEY MICHAEL E. BLOOM** <br><br> Related to Action Pending in the U.S. District Court of the District of Minnesota, *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-JMB-JFD |

Petitioners Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), by and through their undersigned counsel, respectfully request leave to withdraw the appearance of Attorney Michael E. Bloom (admitted *pro hac vice*) (IL Bar No. 6302422) under the provisions of Local Rule 83.5. In support of the motion, Smartmatic states as follows:

1. Attorney Bloom has given notice of his resignation from Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") to continue his practice elsewhere.

2. Smartmatic received due written notice of Attorney Bloom's resignation from Benesch and the withdrawal of Attorney Bloom prior to submitting this request to the Court, and Smartmatic consents to the withdrawal.

3. Smartmatic will continue to be represented by very capable counsel from Benesch, Kal K. Shah, James R. Bedell, and Julie M. Loftus.

    4.  No deadlines scheduled by the Court will be adversely affected by this withdrawal and neither party will be prejudiced by the withdrawal.

    WHEREFORE, for good cause shown, Smartmatic hereby respectfully requests that an Order be entered granting withdrawal of Attorney Bloom.

Dated: May 1, 2024                                       Respectfully submitted,

                                                          *s/ James R. Bedell*
                                                          KAL K. SHAH
                                                          Illinois ARDC No. 6275895
                                                          JULIE M. LOFTUS (admitted *pro hac vice*)
                                                          Illinois ARDC No. 6332174
                                                          **BENESCH, FRIEDLANDER, COPLAN &**
                                                               **ARONOFF LLP**
                                                          71 South Wacker Drive, Suite 1600
                                                          Chicago, Illinois 60606-4637
                                                          Telephone: 312.212.4949
                                                          Facsimile: 312.767.9192
                                                          Email: kshah@beneschlaw.com
                                                                     jloftus@beneschlaw.com

                                                          JAMES R. BEDELL (admitted *pro hac vice*)
                                                          Ohio Bar No. 97921
                                                          **BENESCH, FRIEDLANDER, COPLAN &**
                                                              **ARONOFF LLP**
                                                          127 Public Square, Suite 4900
                                                          Cleveland, Ohio 44114
                                                          Telephone: 216.363.4500
                                                          Facsimile: 216.363.4588
                                                          Email: jbedell@beneschlaw.com

                                                          *Attorney for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024 a copy of the foregoing *Motion for Withdrawal of Appearance of Attorney Michael E. Bloom* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ James R. Bedell*
Attorney for Petitioners