# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>           Petitioners,<br><br>vs.<br><br>BRANNON HOWSE,<br><br>           Respondent. | CASE NO. 2:23-MC-00034<br><br>JUDGE MARK S. NORRIS<br><br>MAGISTRATE JUDGE ANNIE T. CHRISTOFF<br><br>**MOTION FOR STATUS CONFERENCE**<br><br>Related to Action Pending in the U.S. District Court of the District of Minnesota, *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-JMB-JFD |

Smartmatic[1] respectfully moves this Court to schedule a status conference to discuss its pending Motion to Compel Compliance with Third-Party Subpoena. The reasons for this motion are set forth in Smartmatic's Memorandum in Support of its Motion for Status Conference. Smartmatic has attempted to meet and confer with counsel for Respondent Brannon Howse, but counsel did not respond to multiple requests to do so.

Dated: May 7, 2024                                                                     Respectfully submitted,

---

[1] Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are collectively referred to as "Smartmatic."

<u>s/ James R. Bedell</u>
KAL K. SHAH
Illinois ARDC No. 6275895
JULIE M. LOFTUS (admitted *pro hac vice*)
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Facsimile:  312.767.9192
Email:  kshah@beneschlaw.com
           jloftus@beneschlaw.com

JAMES R. BEDELL (admitted *pro hac vice*)
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  jbedell@beneschlaw.com

*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024 a copy of the foregoing *Motion For Status Conference* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ James R. Bedell*
Attorney for Petitioners