# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>　　　　Petitioners,<br><br>　vs.<br><br>BRANNON HOWSE,<br><br>　　　　Respondent. | CASE NO. 2:23-MC-00034<br><br>JUDGE MARK S. NORRIS<br><br>MAGISTRATE JUDGE ANNIE T. CHRISTOFF<br><br>**L.R. 7.2(A)(1)(B) CERTIFICATE**<br><br>Related to Action Pending in the U.S. District Court of the District of Minnesota, *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-JMB-JFD |

I, James R. Bedell, counsel for Smartmatic[1] hereby affirm that I reached out to Aubrey B. Greer, counsel for Respondent Brannon Howse, on May 1, 2024 via email to inquire as to Respondent Brannon Howse's position on Smartmatic's Motion for Status Conference and to request counsel's availability to meet and confer if the motion was opposed. When Mr. Greer did not respond, I reached out again on May 3, 2024, again asking for counsel's availability. In my May 3, 2024 email, I noted that Smartmatic had limited time to resolve the dispute with Mr. Howse, and if we did not hear from him by the end of day on May 6, 2024, Smartmatic would file its motion. Counsel did not respond to my request.

---

[1] Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are collectively referred to as "Smartmatic."

Dated: May 7, 2024 

Respectfully submitted,

*s/ James R. Bedell*
KAL K. SHAH
Illinois ARDC No. 6275895
JULIE M. LOFTUS (admitted *pro hac vice*)
Illinois ARDC No. 6332174
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 312.767.9192
Email: kshah@beneschlaw.com
       jloftus@beneschlaw.com

JAMES R. BEDELL (admitted *pro hac vice*)
Ohio Bar No. 97921
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jbedell@beneschlaw.com

*Attorneys for Petitioners*