## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED, | ) CASE NO. 2:23-MC-00034 ) ) JUDGE MARK S. NORRIS ) |
| Petitioners, | ) MAGISTRATE JUDGE ANNIE T. ) CHRISTOFF ) |
| vs. | ) **DECLARATION OF JAMES R. BEDELL** ) |
| BRANNON HOWSE, | ) ) Related to Action Pending in the U.S. District |
| Respondent. | ) Court of the District of Minnesota, *Smartmatic* ) *USA Corp., et al. v. Lindell, et al.*, 22-cv- ) 00098-JMB-JFD |

I, James R. Bedell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein.  These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2.      I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Petitioners Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned dispute.

3.      Attached as Exhibit A is a true and correct copy of the Second Amended Pretrial Scheduling Order, entered on August 15, 2023 in *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-JMB-JFD, currently pending in the U.S. District Court for the District of Minnesota (the "Minnesota Litigation").

4.      Attached as Exhibit B is a true and correct copy of a Motion to Withdraw, filed by counsel for the Defendants in the Minnesota Litigation.

5.      Attached as Exhibit C is a true and correct copy of the Clerk's Notice of Reassignment entered in the Minnesota Litigation.

6.      Attached as Exhibit D is a true and correct copy of an Order entered on April 15, 2024 setting a new case management schedule in the Minnesota Litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____

Executed on May 7, 2024                              James R. Bedell