# EXHIBIT C

| | |
|---|---|
| **From:** | ecf-notice@mnd.uscourts.gov |
| **To:** | mndecfnotifications@mnd.uscourts.gov |
| **Subject:** | Activity in Case 0:22-cv-00098-JMB-JFD Smartmatic USA Corp. et al v. Lindell et al Notice to Attorney - JMB Case Reassigned |
| **Date:** | Tuesday, January 9, 2024 10:19:57 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## U.S. District of Minnesota

### Notice of Electronic Filing

The following transaction was entered on 1/9/2024 at 9:14 AM CST and filed on 1/9/2024

**Case Name:** Smartmatic USA Corp. et al v. Lindell et al
**Case Number:** 0:22-cv-00098-JMB-JFD
**Filer:**
**Document Number:** 264(No document attached)

**Docket Text:**
**(Text-Only) CLERK'S NOTICE OF REASSIGNMENT. Due to the appointment of Judge Jeffrey M. Bryan, this case is reassigned to him. Judge Wilhelmina M. Wright is no longer assigned to the case. NOTE: the new case number is 22-cv-98 JMB/JFD. Please use this case number for all subsequent pleadings. . Note: any current hearings or conferences before the district judge in this case are canceled unless otherwise indicated by the new DJ courtroom deputy. (CLK)**

**0:22-cv-00098-JMB-JFD Notice has been electronically mailed to:**

Alyssa A Moscarino     amoscarino@beneschlaw.com

Bruce R. Braun     bbraun@sidley.com

Christopher Kachouroff     chris@mck-lawyers.com

Christopher K Larus     clarus@robinskaplan.com, CourtMail@RobinsKaplan.com, npierick@robinskaplan.com

Emily Jean Tremblay     etremblay@robinskaplan.com

James Richard Bedell     jbedell@beneschlaw.com, Docket2@beneschlaw.com

Jamie Ward     jward@beneschlaw.com, docket2@beneschlaw.com

Jeremiah David Pilon     jeremiah@pilonlawfirm.com

Joel Erik Connolly     econnolly@beneschlaw.com, docket@beneschlaw.com, nwertheimer@beneschlaw.com, rfelix@beneschlaw.com

John W Breig , Jr     jbreig@beneschlaw.com

Julie Loftus     JLoftus@beneschlaw.com

Laura Seferian     lseferian@beneschlaw.com, Docket2@beneschlaw.com, RHernandez@beneschlaw.com

Maura Levine-Patton     mlevine-patton@beneschlaw.com, docket@beneschlaw.com

Michael Elliot Bloom     mbloom@beneschlaw.com, docket2@beneschlaw.com, jloftus@beneschlaw.com

Michael J. Montgomery     mmontgomery@beneschlaw.com

Nicole Wrigley     nwrigley@beneschlaw.com, docket@beneschlaw.com, rfelix@beneschlaw.com

Ronald S. Betman     rbetman@beneschlaw.com

Timothy M Frey     tfrey@beneschlaw.com

William E. Manske     WManske@RobinsKaplan.com, bryan@robinskaplan.com, CourtMail@RobinsKaplan.com

**0:22-cv-00098-JMB-JFD Notice has been delivered by other means to:**