# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br>      Petitioners, <br><br> v. <br><br> BRANNON HOWSE, <br><br>      Respondent. | ) ) ) ) ) ) ) ) ) No. 2:23-mc-00034-MSN-atc ) ) ) ) ) |

## ORDER GRANTING MOTION FOR STATUS CONFERENCE

Before the Court by order of reference[1] is Petitioner Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited's (collectively, "Smartmatic") Motion to Compel Compliance with Third-Party Subpoena, filed September 25, 2023.  (ECF No. 1.)  On May 7, 2024, Smartmatic filed a motion for a status conference on the motion to compel.  (ECF No. 22.)  For good cause shown, the motion for a status conference is GRANTED.  The Court will hold the status conference at 10:00 a.m. on Friday, May 17, 2024, via Microsoft Teams video conference.  The Court will email each attorney an invitation the day of the hearing.

SO ORDERED this 15th day of May, 2024.

s/Annie T. Christoff<br>
ANNIE T. CHRISTOFF<br>
UNITED STATES MAGISTRATE JUDGE

---

[1] On October 27, 2023, United States District Judge Mark S. Norris referred the matter to the undersigned Magistrate Judge in its entirety for determination or for proposed findings and recommendation, as appropriate.  (ECF No. 19.)