**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

SMARTMATIC USA CORP., et al.,

    Plaintiff,

vs.                                                                                                                 No. 2:23-mc-00034-MSN-atc

BRANNON HOWSE,

    Defendant.

**MOTION TO CONTINUE STATUS CONFERENCE**

    **COMES NOW**, the undersigned, counsel of record for Brannon Howse, in the above-styled cause, and hereby requests a brief continuance of the upcoming Status Conference. Pursuant to the Court's May 15, 2024, Setting Letter, (D.E. 26), a Status Conference was set for May 17, 2024, at 10:00 a.m. before Magistrate Judge Christoff.

    Undersigned counsel serves as co-lead counsel in a matter pending before the United States District Court for the Middle District of Tennessee, which is presently set for a jury trial next week, May 21 through 24, 2024. There is a pre-trial setting tomorrow, May 17, 2024, in which the parties will conduct the pre-trial conference and take up various other pre-trial motions and matters. Judge Trauger has required the undersigned, and all counsel of record, to be physically present in Nashville on May 17, 2024, for that setting. As such, the undersigned will be unavailable all day due to travel for the setting, and the setting itself.

    **WHEREFORE, PREMISES CONSIDERED**, the undersigned respectfully requests that the Status Conference be briefly continued. Judge Trauger built in an extra day before the start of

1

the trial; therefore, the undersigned is available on Monday, May 20, 2024 – as well as all day May 28, 29, and 31, and the afternoon of May 30, 2024.

          Respectfully submitted,

          **GLANKLER BROWN, PLLC**

          By: /s/ Aubrey B. Greer
              Aubrey B. Greer (TN # 35613)
              6000 Poplar Ave., Suite 400
              Memphis, Tennessee 38119
              Telephone:  (901) 576-1891
              Fax: (901) 525-2389
              agreer@glankler.com

          *Attorney for Brannon Howse*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

                                    /s/ Aubrey B. Greer