# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Petitioners,<br><br>vs.<br><br>BRANNON HOWSE,<br><br>Respondent. | CASE NO. 2:23-MC-00034<br><br>JUDGE MARK S. NORRIS<br><br>MAGISTRATE JUDGE ANNIE T. CHRISTOFF<br><br>**NOTICE**<br><br>Related to Action Pending in the U.S. District Court of the District of Minnesota, *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-JMB-JFD |

In accordance with the Court's May 20, 2024 Order, Petitioners Smartmatic[1] and Respondent Brannon Howse have been working to schedule Mr. Howse's deposition. On May 29, 2024, Mr. Howse provided three dates of availability—June 7, June 14, and June 21. These dates work for Smartmatic, but Smartmatic does not yet have confirmation from counsel for the Defendants in the Minnesota Litigation, so the parties have been unable to finalize the date for Mr. Howse's deposition. The parties will provide an updated notice once the deposition has been scheduled.

---

[1] Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are collectively referred to as "Smartmatic."

Dated: May 31, 2024	Respectfully submitted,

        *s/ James R. Bedell*
        KAL K. SHAH
        Illinois ARDC No. 6275895
        JULIE M. LOFTUS (admitted *pro hac vice*)
        Illinois ARDC No. 6332174
        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
        71 South Wacker Drive, Suite 1600
        Chicago, Illinois 60606-4637
        Telephone:  312.212.4949
        Facsimile:  312.767.9192
        Email:  kshah@beneschlaw.com
              jloftus@beneschlaw.com

        JAMES R. BEDELL (admitted *pro hac vice*)
        Ohio Bar No. 97921
        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
        127 Public Square, Suite 4900
        Cleveland, Ohio 44114
        Telephone:  216.363.4500
        Facsimile:  216.363.4588
        Email:  jbedell@beneschlaw.com

        *Attorney for Respondent*

        *s/ Aubrey B. Greer*
        AUBREY B. GREER
        **GLANKLER BROWN, PLLC**
        6000 Poplar Ave., Suite 400
        Memphis, Tennessee 38119
        Telephone:  901.576.1891
        Facsimile:  901.525.2389
        Email:  agreer@glanker.com

        *Attorney for Respondent*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024 a copy of the foregoing *Notice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ James R. Bedell*
Attorney for Petitioners